UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN R. RODRIGUEZ,

        Petitioner,

    v.

A.K. SCRIBNER, et al.,

        Respondents.
_____/

NO. CIV. S-04-725 LKK/DAD P

O R D E R

    The court is in receipt of a document entitled "Legal Affidavit In Support of Writ of Mandamus" filed by the petitioner on November 5, 2008. On August 19, 2008, the court had adopted the magistrate judge's findings and recommendations and ordered that petitioner's habeas corpus petition was granted, unless the state initiated retrial within sixty days or appealed the judgment. In his November 5, 2008 filing, petitioner represents that it appears that certain relevant state and county departments may not have been made aware of the order nor complied with it. The court therefore ORDERS as follows:

    1.    The clerk SHALL serve on the District Attorney's Office

1

1   of the County of San Joaquin and the Clerk of the
2   Superior Court of the County of San Joaquin a copy of
3   the court's August 18, 2008 order within five days of
4   the date of this order.
5  IT IS SO ORDERED.
6  DATED: November 13, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT